

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS PAZ,<br>      Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>      Respondent. | :<br>:<br>:   CRIMINAL NO. 02-CR-441<br>:<br>:<br>: |

### ORDER

AND NOW, this 5th day of August 2009, upon consideration of the Petition filed in the above captioned action pursuant to 28 U.S.C. § 2255 [Doc. No. 138], the Government's Response [Doc. No. 144], and Petitioner's Reply [Doc. No. 145], and a review of the entire Record, and in accordance with the foregoing Memorandum Opinion it is hereby **ORDERED** as follows:

1. Petitioner Nicholas Paz's Petition is **DENIED**;
2. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.